\*\* **E-filed November 9, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERO MERINO-SEDANO, | No. C10-02393 HRL |
| Plaintiff, | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CRAZY WIRELESS LLC, et al., | |
| Defendants. | |

Due to the reassignment of this action to the undersigned, an initial case management conference has been set for **January 11, 2011 at 1:30 p.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, 95113.  Pursuant to Civil Local Rule 16-9, the parties shall file a Joint Case Management Conference Statement in accordance with the "Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement," no later than **January 4, 2011**.

**IT IS SO ORDERED.**

Dated: November 9, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02393 HRL N**otice will be electronically mailed to:

| | |
|---|---|
| James Dal Bon | jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com |
| Rona Page Layton | rlayton@simsandlayton.com |
| Tomas Eduardo Margain | margainlaw@hotmail.com, jl.jdblaw@earthlink.net, vsoto.dbm@gmail.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2