**\*\* E-filed April 20, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERO MERINO-SEDANO, | No. C10-02393 HRL |
| Plaintiff, | |
| v. | **ORDER SETTING SHOW CAUSE HEARING RE: FAILURE TO APPEAR AT FURTHER CASE MANAGEMENT CONFERENCE** |
| CRAZY WIRELESS, LLC, et al., | |
| Defendants. | **[Re: Docket Nos. 19]** |

No party in the above referenced action appeared at the Further Case Management Conference held on April 19, 2011. See Docket Nos. 19. Thus, the parties shall appear on **May 3, 2011 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, during which time (1) Plaintiff shall show cause why the case should not be dismissed for failure to prosecute and (2) both parties' attorneys shall show cause why they should not be sanctioned for failure to obey this Court's previous case management scheduling order.

**IT IS SO ORDERED.**

Dated: April 19, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02393 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| James Dal Bon | jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com |
| Rona Page Layton | rlayton@simsandlayton.com |
| Tomas Eduardo Margain | margainlaw@hotmail.com, jl.jdblaw@earthlink.net, vsoto.dbm@gmail.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**