**\*\* E-filed January 31, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENARO MERINO SEDANO,<br><br>    Plaintiff,<br>  v.<br><br>CRAZY WIRELESS LLC; et al.<br><br>    Defendants.<br>_____/ | No. C10-02393 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

On January 12, 2011, this court scheduled a further Case Management Conference for April 19, 2011. Dkt. No. 19. No party appeared at the conference, so the court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute and failure to comply with a court order. Dkt. No. 21. On May 2, 2011, the parties informed the court that they had reached a settlement. Dkt. No. 22. The parties requested 30 days to file dismissal papers. Id. On May 3, the parties appeared for the show cause hearing and reiterated the same. Since then, no dismissal has been filed and no other activity has occurred in this action.

Accordingly, this court ORDERS the parties to appear on **February 28, 2012** in Courtroom 2, Fifth Floor, 280 South First St., San Jose, California and show cause why, if any, this case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **February 21, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the

settlement and file a dismissal. If a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: January 31, 2012



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02393 HRL N**otice **will be electronically mailed to:**

| | |
|---|---|
| James Dal Bon | jdblaw@earthlink.net |
| Tomas Eduardo Margain | margainlaw@hotmail.com |
| Rona Page Layton | rlayton@simsandlayton.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**