JAMES DAL BON, CA STATE BAR NO. 157942
DAL BON & MARGAIN, APC
28 NORTH 1ST STREET, SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
JDB@WAGEDEFENDERS.COM

** E-filed February 13, 2012 **

ATTORNEYS FOR PLAINTIFF  GENERO
MERINO SEDANO

RONA P. LAYTON. CA STATE BAR NO. 121238
SIMS & LAYTON
84 W. SANTA CLARA ST., #660
SAN JOSE, CA 95113
TEL (408) 998-3400
RLAYTON@SIMSANDLAYTON.COM

ATTORNEYS FOR DEFENDANTS
CRAZY WIRELESS LLC AND RICK
TY TAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GENERO MERINO SEDANO | CASE NO.  C10-02393 |
|---|---|
| Plaintiff, | STIPULATED DISMISSAL AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| CRAZY WIRELESS LLC., ET AL | |
| Defendant. | |

## STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, Defendants have fully performed by paying the entire amount of settlement as of June 15, 2011;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

1    WHEREAS, all that remains to be done in this case is the entry of an Order dismissing

2  with prejudice the entire action;

3    THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

4    1.    The Court should enter an Order dismissing with prejudice the entire action as to

5  all parties.

6  Dated: February 6 , 2012                        SIMS AND LAYTON

7

8                                                  By_____

9                                                  RONA P. LAYTON
                                                   ATTORNEYS FOR DEFENDANTS
10                                                 CRAZY WIRELESS LLC AND RICK
                                                   TY TAN

11 Dated: February 2, 2012                         DAL BON & MARGAIN

12

13                                                 By/jdb_____

14                                                 JAMES DAL BON
                                                   ATTORNEY FOR PLAINTIFF
15                                                 GENERO MERINO SEDANO

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERO MERINO SEDANO | CASE NO. C10-02393 |
| Plaintiff, | ORDER |
| vs. | |
| CRAZY WIRELESS LLC., ET AL | |
| Defendant. | |

### **ORDER**

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: <u>February 13, 2012</u>

_____

MAGISTRATE JUDGE HOWARD R. LLOYD