JAMES DAL BON, CA STATE BAR NO. 157942
DAL BON & MARGAIN, APC
28 NORTH 1ST STREET, SUITE 700
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
JDB@WAGEDEFENDERS.COM

**\*\* E-filed February 13, 2012 \*\***

ATTORNEYS FOR PLAINTIFF GENERO
MERINO SEDANO

RONA P. LAYTON. CA STATE BAR NO. 121238
SIMS & LAYTON
84 W. SANTA CLARA ST., #660
SAN JOSE, CA 95113
TEL (408) 998-3400
RLAYTON@SIMSANDLAYTON.COM

ATTORNEYS FOR DEFENDANTS
CRAZY WIRELESS LLC AND RICK
TY TAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERO MERINO SEDANO<br><br>Plaintiff,<br><br>vs.<br><br>CRAZY WIRELESS LLC., ET AL<br><br>Defendant. | CASE NO. C10-02393<br><br>STIPULATED DISMISSAL AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

### STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

WHEREAS, the parties have fully executed a Confidential Settlement Agreement and Release of Claims;

WHEREAS, Defendants have fully performed by paying the entire amount of settlement as of June 15, 2011;

WHEREAS, no class was ever certified in this matter; therefore Rule 23 does not apply;

1  WHEREAS, all that remains to be done in this case is the entry of an Order dismissing
2  with prejudice the entire action;
3  THEREFORE, THE PARTIES HEREBY STIPULATE THAT:
4  1.  The Court should enter an Order dismissing with prejudice the entire action as to
5  all parties.

6  Dated: February 6, 2012

SIMS AND LAYTON

By __*signature*__
RONA P. LAYTON
ATTORNEYS FOR DEFENDANTS
CRAZY WIRELESS LLC AND RICK TY TAN

11  Dated: February 2, 2012

DAL BON & MARGAIN

By/jdb____
JAMES DAL BON
ATTORNEY FOR PLAINTIFF
GENERO MERINO SEDANO

-2-
NOTICE OF SETTLEMENT AND STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENERO MERINO SEDANO<br><br>Plaintiff,<br><br>vs.<br><br>CRAZY WIRELESS LLC., ET AL<br><br>Defendant. | CASE NO. C10-02393<br><br>ORDER |

## ORDER

1. The Court hereby issues an order dismissing with prejudice the entire action as to all parties.

IT IS SO ORDERED.

Dated: February 13, 2012

_____
MAGISTRATE JUDGE HOWARD R. LLOYD